**Order entered October 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00559-CR

**SHELLY RENEE TIMMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80962-2011**

## ORDER

The Court **REINSTATES** the appeal.

On September 12, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 13, 2013 court reporter LaTresta Ginyard filed a request for an extension of time to file the record and on October 15, 2013 the reporter's record was filed. Accordingly, in the interest of expediting the appeal, we **VACATE** the September 12, 2013 order requiring findings.

We **GRANT** the September 13, 2013 extension request. The reporter's record is properly filed.

Appellant's brief is due within thirty days of the date of this order.

> /s/     LANA MYERS
>         JUSTICE